## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America                                                                                    Plaintiff

v.                                            Case No.: 4:19–cr–00037–BSM

Deshon Culbreath                                                                                         Defendant

## NOTICE OF VIDEO HEARING

PLEASE take notice that a Initial Appearance/Revocation has been set by videoconference in this case for December 22, 2020, at 02:30 PM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:**  December 22, 2020                          AT THE DIRECTION OF THE COURT
                                                     JAMES W. McCORMACK, CLERK

                                                     **By:**  Lorna E. Jones, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas